UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Fan, M.D.,

                              Plaintiff(s),

                -against –

                                                **O R D E R**

                                                7:24-CV-02198 (CS)

Westchester Medical Center Advanced Physician
Services, P.C. et al,

                              Defendant(s).
------------------------------------------------------------X

<u>Seibel, J.</u>

  It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, Plaintiff may apply by letter within the thirty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

  **SO ORDERED**.

Dated: December 9, 2025

  White Plains, New York

_____

CATHY SEIBEL, U.S.D.J.